## Commonwealth v. Schilling, Appellant.

Submitted March 17, 1975. *Chas Lowenthal,* for appellant; *Bruce A. Franzel, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Sechrist, Appellant.

Submitted March 17, 1975. *Bernard J. Meyer,* for appellant; *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.